PER CURIAM.

(No. 73-CC-318—Claimant ▉▉▉▉▉▉)

VICTOR SCHUBERT, Claimant, *vs.* STATE OF ILLINOIS,
SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed September 20, 1973.*

VICTOR SCHUBERT, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G.
OLSON, Assistant Attorney General, for Respondent.

Per Curiam.